WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Lynn Ferrell Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-Cr.S-0255 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER CONTINUING STATUS** |
| v. | ) | **CONFERENCE AND EXCLUDING** |
| | ) | **TIME** |
| MATTHEW ROWAN DAVIES, et al | ) | |
| | ) | Date: August 31, 2012 |
| Defendants. | ) | Time: 9:00 a.m. |
| _____ | ) | Dept: The Hon. Garland E. Burrell |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, Thomas A Johnson, and Patrick K. Hanly, counsel for the defendants herein, and Richard J. Bender, Supervising Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for August 31, 2012 at 9:00 a.m. be continued until October 26, 2012 at 9:00 a.m.

///

///

///

///

///

In addition, the parties stipulate that the time between August 31, 2012 and October 26, 2012 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.  Defense counsel has recently received substantial discovery and much more is expected in the near future.  Defense counsel require add additional time to review these materials prior to discussion of the case with the government, especially in light of the possibility of the filing of additional charges.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  August 29, 2012                                          /s/ William J. Portanova

                                                                                    _____
                                                                                    WILLIAM J. PORTANOVA
                                                                                    Attorney for Lynn Ferrell Smith

DATED:  August 29, 2012                                          /s/ Thomas A. Johnson

                                                                                    _____
                                                                                    THOMAS A. JOHNSON
                                                                                    Attorney for Robert Duncan

DATED:  August 29, 2012                                          /s/ Patrick K. Hanly

                                                                                    _____
                                                                                    PATRICK K. HANLY
                                                                                    Attorney for Robert Duncan

DATED:  August 29, 2012                                          /s/ Richard J. Bender

                                                                                    _____
                                                                                    RICHARD J. BENDER
                                                                                    Supv. Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR.S-00255 GEB |
| | ) | |
| Plaintiff. | ) | |
| | ) | **ORDER CONTINUING THE STATUS** |
| v. | ) | **CONFERENCE HEARING AND** |
| | ) | **EXCLUDING TIME PURSUANT TO** |
| MATTHEW ROWAN DAVIES, et al | ) | **THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the stipulation of the parties filed on August 29, 2012, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for August 31, 2012, be vacated and that the case be set for a status conference on October 26 2012, at 9:00 a.m.

The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between August 31, 2012 and October 26, 2012, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.

8/31/12

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge