1 | PATRICK K. HANLY (Bar #128521)
2 | 980 Ninth Street Suite 1600
  | Sacramento, CA  95814
  | Telephone:  (916) 773-2211
3 | Facsimile:  (916) 449-9544

4 | Attorney for Defendant
  | MATTHEW DAVIES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr. 12-0255 GEB |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY MOTION SCHEDULE DATES AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED ORDER] |
| v. | |
| MATTHEW DAVIES. | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

The motion schedule currently in place shall be modified as follows:

Motions filed: 4-5-13

Government's Response: 5-3-13

Defendant's Reply:    5-17-13

Hearing Date: 5-24-13, 9:00 a.m.

The parties further stipulate and agree that time shall be excluded from January 18, 2013 up to and including May 24, 2013.

1

IT IS SO STIPULATED.

DATED: 3-11-13.          /s/ Richard Bender
                         Assistant United States Attorney


DATED: 3-11-13           /s/ Patrick K. Hanly
                         Counsel for Defendant Matthew Davies


**O R D E R**

IT IS SO FOUND AND ORDERED.

**Date: 3/11/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge