THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Robert Duncan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW ROWAN DAVIES, et al.,<br><br>    Defendants. | Case No.: 2:12-cr-00255-GEB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 16, 2013, at 9:00 a.m. is continued to September 27, 2013, at 9:00 a.m. in the same courtroom. The continuance is requested because defense counsel needs additional time to prepare for sentencing. Richard Bender, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: August 14, 2013　　　　　　　　By: /s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　ROBERT DUNCAN

DATED: August 14, 2013　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By: /s/ Thomas A. Johnson for
　　　　　　　　　　　　　　　　　　　　　　RICHARD BENDER
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

- 1 -

**IT IS SO ORDERED.**

Dated: August 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge