THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Robert Duncan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT DUNCAN,

    Defendant.

Case No.: 2:12-cr-00255-GEB

STIPULATION AND ORDER FOR MODIFICATION OF SCHEDULE FOR PSR

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Pre-Sentence Report ("PSR") schedule is modified listed below. On August 14, 2013, the parties stipulated to a continuance of the Judgment and Sentencing to September 27, 2013. However, the PSR schedule was not reset at that time. Defense counsel intends to submit informal objections and requests the schedule be reset.

| | |
|---|---|
| Judgment and Sentencing date: | September 27, 2013 |
| Reply or Statement | September 20, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | September 13, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later | September 6, 2013 |

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 30, 2013 |

**IT IS SO STIPULATED.**

DATED: August 20, 2013         By:   /s/ Thomas A. Johnson
                                     THOMAS A. JOHNSON
                                     Attorney for Defendant
                                     ROBERT DUNCAN

DATED: August 20, 2013               BENJAMIN B. WAGNER
                                     United States Attorney

                               By:   /s/ Thomas A. Johnson for
                                     RICHARD BENDER
                                     Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: August 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge