PATRICK K. HANLY - # 128521
pkh@patrickhanlylaw.com
980 Ninth Street, Suite 1600
Sacramento, CA 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9544

Attorneys for Defendant
MATTHEW ROWAN DAVIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW ROWAN DAVIES, LYNN FERRELL SMITH, and ROBERT DUNCAN,<br><br>    Defendants. | Case No. 2:12-CR-0255 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY DEFENDANT MATTHEW DAVIES CONDITONS OF PRE-TRIAL RELEASE<br><br>Judge: Hon. Garland E. Burrell, Jr.<br><br>Date Filed: N/A<br><br>Trial Date: Not Set |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Matthew Rowan Davies, by and through his counsel of record, hereby stipulate as follows:

The Conditions of Mr. Davies pre-trial release shall be modified as follows:

**You shall refrain from EXCESSIVE use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.**

IT IS SO STIPULATED:

Dated: September 3, 2013

By: /s/
RICHARD J. BENDER
Assistant U.S. Attorney

*Attorneys for Plaintiff*
*UNITED STATES OF AMERICA*

September 3, 2013

/s/
PATRICK K. HANLY
Attorney for Matthew Davies

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: September 4, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge