BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0255 GEB |
|---|---|
| Plaintiff, | **STIPULTATION AND ORDER CONTINUING SENTENCING; ORDER** |
| v. | |
| MATTHEW DAVIES, LYNN SMITH, and ROBERT DUNCAN | |
| Defendants. | [Continue J & S from 9/27/2013 to 11/15/2013] |

It is hereby agreed between counsel for the parties, that the sentencing of the three defendants in the above case scheduled for September 27, 2013, be rescheduled for November 15, 2013 at 9:00 a.m. The reason for the requested continuance is that the draft Presentence Report as to Defendant Davies has not yet been finished because of work load and personnel availability in the Probation Department. The draft Presentence Report should be out by this Friday, September 27, 2013.

It should be noted that Counsel for defendant Davies may need additional time to file objections to the PSR if a complex trial presently scheduled to commence on November 4, 2013, goes forward and if extensive objections to the PSR become necessary. But it was thought better to schedule this sooner and adjust as we go along, rather than putting it off longer than may be necessary.

Counsel for defendants Smith and Duncan have requested that their sentencings take place at the same time, or after, the sentencing of defendant Davies. That request is reasonable because of the

Stipulation for continuance of status conference        1

interlocking nature of the sentencing issues and the somewhat lesser role of these defendants. Their Presentence Reports are completed and they are ready to be sentenced.

Therefore, it is requested that the Court adopt the following schedule for defendant Matthew Davies:

    Draft PSR to Counsel by 9/27/2013

    Informal objections - 10/11/2013

    Final PSR filed with Court - 10/18/2013

    Motion for Correction of the PSR filed by 11/1/2013

    Reply of Non-Opposition - 11/8/2013

    J&S 11/15/2013 at 9:00 a.m.

It is further requested that the sentencing of defendants Lynn Smith and Robert Duncan also take place on November 15, 2013 at 9:00 a.m.

Dated: September 24, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Richard J. Bender
RICHARD J. BENDER
Assistant United States Attorney

Dated: September 24, 2013

/s/ William Portanova (by RJB)
WILLIAM PORTANOVA
Counsel for Lynn Smith

Dated: September 24, 2013

/s/ Patrick K. Hanly (by RJB)
PATRICK K. HANLY
Counsel for Matthew Davies

Dated: September 24, 2013

/s/ Thomas Johnson (by RJB)
THOMAS JOHNSON
Counsel for Robert Duncan

It is so ORDERED.

Dated: September 25, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge