BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW DAVIES, LYNN SMITH,<br>and ROBERT DUNCAN<br><br>Defendants. | **CASE NO. 2:12-CR-0255 GEB**<br><br>**STIPULTATION CONTINUING SENTENCING; ORDER**<br><br>[Continue J & S from 11/15/2013 to 12/13/2013] |

It is hereby agreed between counsel for the parties, that the sentencing of the three defendants in the above case scheduled for September 27, 2013, be rescheduled for December 13, 2013 at 9:00 a.m. The reason for the requested continuance is that the draft Presentence Report for defendant Davies was sent out one week late, on October 3, 2013, because of work load and personnel availability in the Probation Department. In addition, counsel for defendant Davies needs additional because of a trial which will commence on November 4, 2013, and the necessity to allow him time to file formal objections to the PSR in this case.

Counsel for defendants Smith and Duncan have requested that the sentencing of their clients take place at the same time, or after, the sentencing of defendant Davies. That request is reasonable because of the interlocking nature of the sentencing issues and the somewhat lesser role of these defendants. Their Presentence Reports are complete and they are ready to be sentenced.

Stipulation for continuance of status conference                 1

Therefore, it is requested that the Court adopt the following schedule for defendant Matthew Davies:

    Informal objections - 10/25/2013

    Final PSR filed with Court - 11/8/2013

    Motion for Correction of the PSR filed by 11/29/2013

    Reply of Non-Opposition - 12/6/2013

    J&S 12/13/2013 at 9:00 a.m.

It is further requested that the sentencing of defendants Lynn Smith and Robert Duncan also take place on December 13, 2013 at 9:00 a.m.

Dated: October 18, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Richard J. Bender
RICHARD J. BENDER
Assistant United States Attorney

Dated: October 18, 2013

/s/ William Portanova (by RJB)
WILLIAM PORTANOVA
Counsel for Lynn Smith

Dated: October 18, 2013

/s/ Patrick K. Hanly (by RJB)
PATRICK K. HANLY
Counsel for Matthew Davies

Dated: October 18, 2013

/s/ Thomas Johnson (by RJB)
THOMAS JOHNSON
Counsel for Robert Duncan

It is so ORDERED.

Dated: October 18, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge