THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Robert Duncan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW ROWAN DAVIES, et al.,<br><br>　　　　Defendants. | Case No.: 2:12-cr-00255-GEB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for Robert Duncan and Lynn Smith on December 13, 2013, at 9:00 a.m. is continued to December 20, 2013, at 9:00 a.m. in the same courtroom. The continuance is requested because defense counsel needs additional time to prepare for the sentencing. Richard Bender, Assistant United States Attorney, Thomas A. Johnson, attorney for Robert Duncan, and William Portanova, attorney for Lynn Smith, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: December 6, 2013　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　ROBERT DUNCAN

DATED: December 6, 2013　　　　By:　/s/ Thomas A. Johnson for
　　　　　　　　　　　　　　　　　　　WILLIAM PORTANOVA
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　LYNN SMITH

DATED: December 6, 2013

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Thomas A. Johnson for
RICHARD BENDER
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: December 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge