# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA
### Before the Honorable Garland E. Burrell

**UNITED STATES OF AMERICA**

v.

**ROBERT DUNCAN**

_____/

**CRIMINAL MINUTES**

Case No.:      12-255-GEB

Date of Hearing:             December 20, 2013

Deputy Clerk: Shani Furstenau

Court Reporter/ECRO: Kelly O'Halloran

**For the Government**:

Richard Bender,
Assistant United States Attorney

**For the Defendant(s)**:

Tom Johnson,
[] Assistant Federal Defender
[] Appointed   [] Retained

**Interpreter Previously Sworn**:

**Defendant**:

[x] Present   [] In Custody   [] Not in Custody   [] O/R   [x] Bail   [] No Appearance   [] Waived   [] Failed to Appear

---

**JUDGMENT AND SENTENCING to Count(s) [1] of the   Indictment Plea entered September 21, 2012.**

imprisonment:      24 months

surrender date:      March 3, 14 by 2pm

term of supervised release:      48 months

recommendation: __                                   deft fined: __      [x] fine waived.

restitution:          __                                      payable to: __

special assessment:   100                               bail exonerated:   __

right to appeal given:  No                               [x] appeal rights waived.

Special Conditions:   See J & C Order

**Other:           Government's motion to dismiss Count 2 granted.**
**5k sealed.**

---

Proceeding Time: 30 minutes